IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JEAN WILLY BERCY, #56045-004, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:04-cv-125-F |
| ) | (WO) |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The petitioner's Objections to the Magistrate Judge Recommendation (Doc. #31) filed on May 13, 2005 are overruled;

(2)  The Recommendation of the United States Magistrate Judge entered on May 3, 2005 (Doc. #29) is adopted;

(3)  The petition is DISMISSED.

DONE this 28th day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE