IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JEAN WILLY BERCY, #56045-004, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:04-cv-125-F |
| ) | (WO) |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner and that this action is dismissed.

DONE this 28th day of June, 2005

                                                    /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE